UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-088 (JNE/LIB)

UNITED STATES OF AMERICA,

      Plaintiff,

                              **ORDER OF DETENTION**

v.

2. EVAN ANDREW LAUTIGAR,

      Defendant.

This matter came before the Court on May 24, 2022, for an initial appearance and an arraignment. All parties appeared by Zoom. The defendant was present and represented by his attorney Craig Cascarano. The United States was represented by Assistant United States Attorney Sarah Hudleston.

Defendant Evan Andrew Lautigar is charged by Indictment with Conspiracy to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846, and Possession With Intent To Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). Under 18 U.S.C. § 3142(e)(3)(A), it is presumed, subject to rebuttal, that there is no condition or combination of conditions that will reasonably assure Mr. Lautigar's appearance as required at future proceedings or the safety of the community.

Mr. Lautigar waived the detention hearing. Based on Mr. Lautigar's waiver, the Court finds that there is no condition or combination of conditions that will reasonably

assure the safety of the community and Mr. Lautigar's presence at future proceedings in this matter.

Accordingly,

IT IS HEREBY ORDERED that:

1. The motion of the United States for detention of Mr. Lautigar is granted;

2. Mr. Lautigar is committed to the custody of the United States Marshal Service for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. Mr. Lautigar shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which Mr. Lautigar is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: May 24, 2022          *s/Jon T. Huseby*
                                             Jon T. Huseby
                                             United States Magistrate Judge